Herbert E. MOORE, Appellant,

v.

READY HELP TEMPORARY SERVICES, et al., Respondents.

No. WD 33335.

Missouri Court of Appeals, Western District.

Oct. 12, 1982.

Haskell Imes, Kansas City, for appellant.

James F. Stigall, Stephen C. Caruso, Kansas City, for respondents.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment denying Workers' Compensation claim. Judgment affirmed. Rule 84.16(b).